BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:12-cr-00296-DAD |
|---|---|
| Plaintiff, | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| v. | ) |
| | ) Date: October 23, 2012 |
| KIANI GARCIA, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

It is hereby ordered that the Status Conference set for October 23, 2012 at 10:00 a.m., be continued to April 23, 2013 at 10 a.m. Time is excluded from today's date through April 23, 2013 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial to the extent of this exclusion.

IT IS SO ORDERED.

DATED: October 22, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
garcia0296.stipord