BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>KIANI GARCIA,<br><br>        Defendant. | Case No. 2:12-cr-00296-DAD<br><br>ORDER DISMISSING THE INFORMATION<br><br>Date:     April 23, 2013<br>Time:     10:00 a.m.<br>Judge:    Hon. Dale A. Drozd |

It is hereby ordered that the Information in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 28, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
garcia0296.mtd.ord